STATE OF OREGON,
*Respondent,*
*v.*
JOHN PETER KOVACH,
*Appellant.*

(No. 79-30062, CA 17710)

625 P2d 1388

Robert H. Nagler, Eugene, argued the cause and filed the brief for appellant.

Robert C. Cannon, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Eastman,* 51 Or App 723, 626 P2d 956 (1981).

Joseph, C.J., filed a dissenting opinion, joined by Thornton and Warren, JJ.

---

* Young, J. did not participate

**JOSEPH, C. J.,** dissenting.

I dissent for the reasons stated in my dissent in *State v. Eastman,* 51 Or App 723, 626 P2d 956 (1981).

THORNTON, J. and WARREN, J., join in this dissent.